IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-216-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| TIMOTHY SCOTT TEW ) | |
|    aka "Bradley Jones" ) | |

The Grand Jury charges that:

### COUNT ONE

Beginning on or about July 19, 2024, and continuing to on or about July 22, 2024, in the Eastern District of North Carolina, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," using any means and facility of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual, Minor Victim 1, who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, specifically,

    (1)    production of child pornography in violation of Title 18, United States Code Section 2251(a) and (e);

    (2)    sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a)(1) and (b); and

    (3)    taking indecent liberties with children in violation of N.C. Gen. Stat. §14-202.1(a)(1).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about July 22, 2024, in the Eastern District of North Carolina, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," in and affecting interstate and foreign commerce, did knowingly attempt to recruit, entice, harbor, transport, provide, obtain, and maintain, patronize and solicit by any means a minor, Minor Victim 1, who had not attained the age of 14 years, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT THREE

Beginning on or about April 13, 2024, and continuing to on or about May 1, 2024, in the Eastern District of North Carolina, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," using any means and facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, Minor Victim 2, who had not attained the age of eighteen years to engage in any sexual activity for which any person can be charged with a criminal offense, specifically production of child pornography in violation of Title 18, United States Code Section 2251(a) and (e) and sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

Beginning on or about April 15, 2024, and continuing to or about April 27, 2024,

2

in the Eastern District of North Carolina, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIVE

Beginning on or about April 13, 2024, and continuing to on or about May 1 2024, in the Eastern District of North Carolina, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," in and affecting interstate and foreign commerce, knowingly attempted to recruit, entice, harbor, transport, provide, obtain, and maintain, patronize and solicit by any means a minor, Minor Victim 2, knowing and in reckless disregard of the fact that Minor Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT SIX

Beginning on or about February 21, 2023, and continuing to on or about January 11, 2024, in the Eastern District of North Carolina, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," using any means and

3

facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, Minor Victim 3, who had not attained the age of eighteen years to engage in any sexual activity for which any person can be charged with a criminal offense, specifically sex trafficking of a minor in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT SEVEN

On or about December 13, 2022, in the Eastern District of North Carolina and elsewhere, the defendant, TIMOTHY SCOTT TEW, also known as "Bradley Jones," using any means and facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, Minor Victim 4, who had not attained the age of eighteen years to engage in any sexual activity for which any person can be charged with a criminal offense, specifically taking indecent liberties with children in violation of N.C. Gen. Stat. §14-202.1(a)(1), all in violation of Title 18, United States Code, Section 2422(b).

4

# FORFEITURE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of any of the offenses in violation of Title 18, United States Code, Section 2422(b) (Counts One, Three, Six, and Seven), the defendant, TIMOTHY SCOTT TEW, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428:

(1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense(s), and any property traceable to such property; and

(2) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such offenses.

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1591 (Counts Two and Five), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), all his right, title, and interest in:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

Upon conviction of one or more of the offenses in violation of Title 18, United

States Code, Section 2251 (Count Four), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to:

a. An iPhone 15 Pro Max, serial number GGX3945T67, IMEI number 354843095118688, seized from TIMOTHY SCOTT TEW on July 22, 2024.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

6

853(p), through Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON
Date: 26 AUG 25

W. ELLIS BOYLE
United States Attorney

*Erin C. Blondel*
ERIN C. BLONDEL
Assistant United States Attorney