# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 5:25-CR-216-M-KS-1 |
| | ) | | |
| | ) | | |
| TIMOTHY SCOTT TEW | ) | | |
| *Defendant* | | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | |
|---|---|---|
| Place: Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, NC | Courtroom No.: | 6th Floor |
| | Date and Time: | 9/5/25 at 10:00 am |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:        2 September 2025

_____
*Judge's signature*

Brian S. Meyers, United States Magistrate Judge
_____
*Printed name and title*