AO 442 (Rev. 12/85) Warrant for Arrest



## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

FILED

SEP 0 3 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___MM___ DEP CLK

UNITED STATES OF AMERICA

V.

TIMOTHY SCOTT TEW
a/k/a "Bradley Jones"

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:25-CR-216-M-KS

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**TIMOTHY SCOTT TEW** he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Counts 1, 3, 6, 7 - 18 U.S.C. §§ 2422: Enticing a child to engage in illegal sexual conduct
Counts 2, 5 - 18 U.S.C. §§ 1591(a)(1) and (b)(1): Sex trafficking of a minor
Count 4 - 18 U.S.C. §§ 2251(a) and (e): Attempted production of child pornography

Peter A. Moore, Jr.
Name of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

AUGUST 26, 2025 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 8/29/2025 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 8/28/2025 | Gabriela Dye | Special Agent |